# Court of Appeals
# of the State of Georgia

ATLANTA,_____May 12, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1564. GREGORY W. CUPPETT v. ERIC J. LEVETT, SHERIFF, et al.**

Gregory W. Cuppett filed a negligence action against Sheriff Eric J. Levett and Deputy Trey Beam.[1] Both defendants filed motions for judgment on the pleadings. The trial court granted Sheriff Levett's motion, but denied Deputy Beam's. Cuppett filed a notice of appeal from the trial court's order. We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment. In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections are followed, the appeal is premature and must be dismissed." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation and citation omitted.); see also *Underwood v. Dunn*, 215 Ga. App. 252 (451 SE2d 129) (1994). Because Cuppett's claims against Beam remain pending, the trial court's order was interlocutory. Accordingly, this premature appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/12/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Cuppett had a separate appeal pending against Levett and Correct Care Solutions, LLC, which was docketed as Case Number A16A1529. That case has been dismissed.